IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00154 |
| | ) | |
| RAYMOND SMITH | ) | |

### UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

The United States of America moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government in a case, that involves…any felony…that involves the possession or use of a firearm." 18 U.S.C. § 3142(f)(1)(E).

The Indictment in this case alleges that the Defendant possessed a firearm on May 16, 2024, in violation of 18 U.S.C. § 922(g)(1) which, as the Court is aware, is a felony. Therefore, the Government is entitled to a detention hearing on its motion.

Moreover, the Defendant was arrested on May 16th (when the firearm was found on him) after he fled from, and then assaulted, Metro Nashville Police Department Officers who were conducting surveillance at his residence. The Officers were searching for the Defendant because he had outstanding warrants for failure to report to jail to serve a sentence in Williamson County in connection with his 2022 guilty plea to aggravated robbery related to a carjacking. The Defendant also has prior felony convictions in Davidson County for multiple counts of Vehicle Theft, being a Felon in Possession, and various narcotics offenses. Based on the foregoing the

United States submits that the Defendant is a danger and, based on his failure to self-report to jail for three years following his guilty plea in Williamson Count, a flight risk.

The United States respectfully requests a continuance of three business days to adequately prepare for the hearing in this matter.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:

*/s/ Thomas J. Jaworski*
THOMAS J. JAWORSKI
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151
Thomas.Jaworski2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 9th day of August 2024

*/s/ Thomas J. Jaworski*
THOMAS J. JAWORSKI

2

Case 3:24-cr-00154    Document 5    Filed 08/09/24    Page 2 of 2 PageID #: 7